# United States Court of Appeals
## for the Fourth Circuit

CHAMBERS OF
KAREN J. WILLIAMS

July 17, 2008

1021 MIDDLETON STREET
ORANGEBURG, SOUTH CAROLINA 29115
TELEPHONE 803-533-07▮▮

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, NE
Washington, DC 20544



Re: Amendment to my 2006 Financial Disclosure Report

In (PP) of Section VIII of my 2006 report I stated that I was no longer listing the assets of account ███████████████ because the assets in that account were held for ██████ who had become emancipated. I have since learned that even though the ████ is emancipated, because █████████ still has control over the assets in this account I must report them.

There are 2 other accounts held for this ████████████████ and ████ ██████-Roth) that also were not reported on my 2006 Report for the same reason as above.

Below is the listing of these three accounts as they should have been reported on my 2006 Report. My 2007 Report reflects these accounts properly.

| ACCOUNT ██████ ██████████ | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ████ AMCAP Fund Class A (1,391.273) | A | Div/Reinvst | K | T | | | | | |
| ████ Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ██ Investment Company of America FD Class A (659.181) | B | Div/Reinvest | K | T | | | | . | | |
| ██New Perspective Fund Class A (355.164) | A | Div/ Reinvest | J | T | | | | | | |
| ██ Smallcap World Fund Class A (814.21) | B | Div/Reinvest | K | T | | | | | | |
| ██South Carolina Bank & Trust Savings | A | Interest | J | T | | | | | | |
| ACCOUNT –██ | | | | | | | | | | |
| ██ Capitol World Growth and Income Fund-A | | None | J | T | Buy | 12/29 | | | | |
| ██The Growth Fund of America-A | B | Interest | K | T | | | | | | |
| ██ The Investment Company of America-A | B | Interest | K | T | | | | | | |
| ██New Perspective Fund –A | C | Interest | | T | | | | | | |
| ACCOUNT –██ ██ROTH) | | | | | | | | | | |
| ██Capitol World Growth and Income Fund -A | | None | J | T | Buy | 12/19 | J | | | |
| ██The Growth Fund of America – A | A | Interest | | T | | | | | | |
| ██ The Investment Company of America | A | Interest | | T | | | | | | |
| ██New Perspective Fund - A | A | Interest | | T | | | | | | |

With warm regards,



Karen J. Williams

KJW:acw

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  WILLIAMS, KAREN J | 2. Court or Organization  FOURTH CIRCUIT COURT APPEALS | 3. Date of Report  7/17/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S.CIRCUIT JUDGE - Active | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007  to  12/31/2007 |
| 7. Chambers or Office Address  1021 MIDDLETON STREET  ORANGEBURG, SC 29115 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | South Carolina Bar Association |
| 2. Member | Univ. of SC School of Law Advisory Board |
| 3. Member | Univ. of SC School of Law Partnership Bd |
| 4. Member, Board | Rotary Club of Orangeburg, S.C. |
| 5. Member | South Carolina Women Lawyers Association |
| 6. Member, Trustee | First Baptist Church of Orangeburg |
| 7. Member | Federal Judicial Resources Committee, Working Group (Tenure ended) |
| 8. Member | Federal Judicial Center's Board and Appellate Judges Education Committee (Resigned July 1, 2007) |
| 9. Member | Woodberry Forest School Board of Trustees |
| 10. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2. _____ _____

3. _____ _____

.

| Name of Person Reporting | Date of Report |
|---|---|
| **WILLIAMS, KAREN J** | 7/17/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2006 | Annuity: TransAmerica Occidental Life | $ 13,602.60 |
| 2. 2006 | Annuity: Prudential | $ 23,340.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Salary and and Bonus - Practice of Law |
| 2. 2007 | SC State University per diem (Board of Trustees) |
| 3. 2007 | Annuity: Aurora (Now called "Equitable") |
| 4. 2007 | Annuity: Southern Farm Bureau (Now called "SC Farm Bureau") |
| 5. 2007 | Annuity: Manufacturer's Life |
| 6. 2007 | Annuity: Travelers |
| 7. 2007 | Annuity: Allstate Life Insurance |
| 8. 2007 | Annuity: Prudential |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WILLIAMS, KAREN J** | 7/17/2008 |

3.

4.

5.

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▓▓▓ Williams | Note Secured by Real Estate Mortgage (See VII-42) | J |
| 2. | ▓Farmers Home Administration | Note Secured by Real Estate Mortgage (See VII-32) | J |
| 3. | ▓▓▓ Community Bankshares | Real estate mortgage on property (See VII -313 ) | N |
| 4. | ▓Bank of America | Real estate mortgage (TP) (See VII - 20 ) | O |
| 5. | ▓Wachovia | Real estate mortgage (EP) (See VII - 31 ) | N |
| 6. | ▓Wachovia | Real Estate mortgage (SNS) (See VII- 38 ) | P1 |
| 7. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Aurora | A | Distribution | | | | 10/1 | J | | |
| 2. Bank of America MM Savings | A | Interest | L | T | | | | | |
| 3. Community Bank Shares (Now 521.2848) | A | Div/Reinvest | J | T | | | | | |
| 4. JJR Investments, LLC | D | Div/Int | M | U | Sold | 9/30 | N | D | |
| 5. Hartford Life & Annuity | E | Div/Int | M | T | | | | | |
| 6. Orangeburg County (Church) | B | Rent | J | W | Buy | 4/18 | K | | |
| 7. South Carolina Bank & Trust Ck | A | Interest | L | T | | | | | |
| 8. South Carolina Bank & Trust -CD 023 | C | Interest | M | T | | | | | |
| 9. South Carolina Bank & Trust CD 731 | C | Interest | L | T | Opened | 1/22 | L | | |
| 10. | | | | | Matured | 9/22 | L | | |
| 11. South Carolina Bank & Trust CD 347 | C | Interest | | | Matured | 1/22 | | | |
| 12. South Carolina Bank & Trust CD 209 | B | Interest | L | T | Opened | 9/24 | L | | |
| 13. South Carolina Bank & Trust CD 207 | A | Interest | K | T | Opened | 9/24 | K | | |
| 14. South Carolina Bank & Trust CD 729 | | Interest | K | T | Opened | 1/22 | K | | |
| 15. | | | | | Matured | 9/22 | | | |
| 16. South Carolina Bank & Trust SuperMax | A | Interest | J | T | | | | | |
| 17. Property | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ⬤Bank of America CK | A | Interest | J | T | | | | | |
| 19. ⬤Bank of America, SAV | A | Interest | J | T | | | | | |
| 20. ⬤Teton County ,Wy Condo | G | Rental | P1 | W | | | | | |
| 21. ⬤Property | | | | | | | | | |
| 22. ⬤Absolute Energy, LLC | A | Interest | M | U | | | | | |
| 23. ⬤1/2 Interest Real Estate in Elbert County, GA | | None | J | W | | | | | |
| 24. ⬤JJR Investments, LLC | D | Div/Interest | | | Sold | 9/30 | O | E | |
| 25. ⬤Bank of America CK | | None | L | T | | | | | |
| 26. ⬤Bank of America Sav | B | Interest | N | T | | | | | |
| 27. ⬤Bank of America MMKT INV | A | Interest | N | T | | | | | |
| 28. ⬤Brockton Professional Baseball LLC | A | Dividend | K | U | | | | | |
| 29. ⬤Charles H. Williams PA Stock | G | Interest | P1 | U | | | | | |
| 30. ⬤Diablo Baseball Investors, LLC | | None | J | U | | | | | |
| 31. ⬤Edisto Plantation LLC | | None | K | U | | | | | |
| 32. ⬤House, ▬Orangeburg County, SC | D | Rent | L | W | | | | | |
| 33. ⬤Lot on Square in Orangeburg County, SC▬ | | None | M | W | | | | | |
| 34. ⬤Note Rec'd A.D. | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ⬤ Office on Square in Orangeburg County, SC | E | Rent | N | W | | | | | |
| 36. ⬤ Orangeburg County (Church) | B | Rent | J | W | Buy | 4/18 | J | | |
| 37. ⬤ Rock Hill Hotel Group | A | Dividend | | | Sold | 2/09 | M | C | |
| 38. ⬤ Santees North Shore LLC | A | Interest | L | U | | | | | |
| 39. ⬤ Sky High Air LLC | A | Interest | K | U | Sold 20 % | 6/18 | L | | IMIC Aviation |
| 40. ⬤ Winchester N. Beach Towers, LLC | C | Interest | M | W | | | | | option to purchase |
| 41. ████ Owned Prop) | | | | | | | | | |
| 42. ⬤ Farmland, Orangeburg County, SC | B | Rent | P1 | W | | - | | | See Section VIII (A) |
| 43. ████ & Home in Orangeburg County, SC | | None | N | W | | | | | |
| 44. ⬤ House/Lot Clarendon County, .SC | | None | N | W | | | | | |
| 45. ⬤ Office Building, ,Orangeburg, SC | E | Rent | M | W | | | | | |
| 46. ACCOUNT T-1 ████ | | | | | | | | | |
| 47. ⬤ Abbott Laboratories ████ | A | Dividend | K | T | | | | | |
| 48. ⬤ American Express Co. ████ | A | Dividend | K | T | Buy ████ | 11/26 | J | | |
| 49. ⬤ Arthur J. Gallagher ████ | A | Dividend | K | T | | | | | |
| 50. ⬤ Automatic Data Processing, Inc. ████ | A | Dividend | J | T | | | | | |
| 51. ⬤ Broadridge Financial Solutions LLC | A | Dividend | | | SpinOff ████ | 4/02 | J | A | See Section VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ▮▮▮▮▮ | | | | | | | | | (B) |
| 52. | | | | | In lieu | 4/05 | J | A | |
| 53. | | | | | Sold ▮ | 7/13 | J | A | |
| 54. ▮ Charleston County Hospital FacsRev Mun Bd 7% (5K) | A | Interest | J | T | | | | | |
| 55. ▮ Cisco Sys Inc. ▮ | | None | K | T | | | | | |
| 56. ▮ Darlington County INDL Rev Sonoco ▮ 6.125 | B | Interest | K | T | | | | | |
| 57. ▮ Darlington County INDL Dev ▮ 6.0 | B | Interest | K | T | | | | | |
| 58. ▮ Duke Energy Corp (Holding Compnay) New ▮ | A | Dividend | J | T | | | | | |
| 59. ▮ Ebay Inc ▮ | | None | K | T | Buy ▮ | 1/10 | K | | |
| 60. | | | | | Buy ▮ | 11/26 | J | | |
| 61. ▮ Franklin Res Inc. ▮ | A | Dividend | K | T | | | | | |
| 62. ▮ Grand Strand Water & Sewer 5.0 (20K) | A | Dividend | K | T | | | | | |
| 63. ▮ Johnson & Johnson ▮ | A | Dividend | J | T | | | | | |
| 64. ▮ Landstar Systems Inc. ▮ | A | Dividend | K | T | | | | | |
| 65. ▮ Legg Mason ▮ | A | Dividend | K | T | | | | | |
| 66. ▮ Merrill Lynch ▮ | A | Dividend | K | T | | | | | |
| 67. ▮ Moodys Corp. ▮ | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68.   Nike Inc.       Class B | A | Dividend | | | Distribution | 4/03 | J | | |
| 69.   Novo Nordisk A/S Fmly Novo Ind | A | Dividend | L | T | Cash Dist | 12/17 | J | A | |
| 70.   Orangeburg County School Dist 5 G.O. Bus 5.25 | B | Interest | K | T | | | | | |
| 71.   PetMedExpress | | None | K | T | Buy | 11/26 | K | A | |
| 72.   Plum Creek Timber Co. Inc. | A | Dividend | K | T | | | | | |
| 73.   Proctor & Gamble | A | Dividend | K | T | | | | | |
| 74.   SSN Prime Fund - Cap Reserves | B | Interest | J | T | | | | | |
| 75.   SC St ED Ast 6% | B | Interest | K | T | | | | | |
| 76.   SC Jobs Econ Dev. 5.25% | B | Interest | K | T | | | | | |
| 77.   SC St. AMT HSG Fin & Dev 5.8 | A | Interest | J | T | | | | | |
| 78.   SC ST G.O. STR Hwy-Ser A 4.6 | B | Interest | K | T | | | | | |
| 79.   Spartanburg CO Htlh SVC 5.6 | B | Interest | K | T | | | | | |
| 80.   Spectra Energy Corp Com | A | Dividend | J | T | Spinoff | 1/03 | J | | See Section VIII (C) |
| 81.   Sprint Nextel Corp Fon SHS (Was | A | Dividend | | | Sold | 7/10 | K | | |
| 82.   State Street Corp | A | Dividend | K | T | | | | | |
| 83.   T Rowe Price Group Inc. ( | B | Dividend | L | T | | | | | |
| 84.   Valueclick Inc | | None | K | T | Buy | 11/26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. ▮ XMSatellite Radio Hldgs ▮ | | None | J | T | | | | | |
| 86. ▮) Yahoo ▮ | | None | K | T | Buy▮ | 1/10 | K | | |
| 87. ACCOUNT▮ | | | | | | | | | |
| 88. ▮ Charleston Care Alliance (25K) 5.0 | B | Interest | K | T | | | | | |
| 89. ▮Charleston, SC Waterworks Swr 4.750 (15K) | A | Interest | K | T | | | | | |
| 90. ▮ Charleston Water Works & Sewer 5.250 ( | B | Interest | K | T | | | | | |
| 91. ▮ Darlington County AMT IDR Sonoco 6.125 ( | A | Interest | K | T | | | | | |
| 92. ▮ Darlington County IDR-AMT▮) 6.0 | B | Interest | K | T | | | | | |
| 93. ▮ Darlington County Water & Sewer 5.0 | A | Interest | J | T | | | | | |
| 94. ▮Florence County Hospital RV Rfdg 4.9 | B | Interest | L | T | | | | | |
| 95. ▮ Greenville, SC Mem Aud▮) 4.75 | B | Interest | K | T | | | | | |
| 96. ▮ Greenville, SC PRKG FACL REV ) 4.0 | A | Interest | K | T | | | | | |
| 97. ▮Greer Combined Utilty System 4.9 | B | Interest | K | T | | | | | |
| 98. ▮Horry Cnty SC Arpt Rev Rfdg 5.375 | B | Interest | K | T | | | | | |
| 99. ▮) Lexington County Health Services Hosp 4.375 ▮ | A | Interest | K | T | | | | | |
| 100. ▮) Med USC Hospital 5.6▮ | A | Interest | J | T | | | | | |
| 101. ▮Myrtle Beach G/O 4.75 ▮ | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. Citibank NA Bank Deposit Program | B | Interest | L | T | | | | | |
| 103. SC Jobs Econ Dev. 5.5 | B | Interest | K | T | | | | | |
| 104. SC St. 6.0 AMT ED (25K) | B | Interest | K | T | | | | | |
| 105. SC St. Amt. HSG Fin & Dev 6.650 Mtg Rev Ser A | A | Interest | J | T | Part Call | 1/02 | J | | |
| 106. SC Amt Hsg & Fin ) 5.3 | A | Interest | J | T | Part Call | 1/02 | J | | |
| 107. SC St. Amt HSG FN 5.4 | B | Interest | K | T | | | | | |
| 108. SC St. Amt. HSG Fin 4.9 ) | A | Interest | K | T | | | | | |
| 109. SC ST CAP IMPT BDS Ser A 4.75 | B | Interest | K | T | | | | | |
| 110. SC Ports Authority Rev 5.375 | B | Interest | K | T | | | | | |
| 111. SC St. Pub. Service Authority Santee 5.625 | B | Interest | K | T | | | | | |
| 112. Service Merchandise Inc SR Sub Deb DTD | | Debs Escrow | J | T | | | | | |
| 113. Spartanburg County Health SVC 5.6 | B | Interest | K | T | | | | | |
| 114. Spartanburg County Health Services 5.5 | A | Interest | J | T | | | | | |
| 115. University of SC Univ Revs Ser A 5.5 | B | Interest | K | T | | | | | |
| 116. IRA | | | | | | | | | |
| 117. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 118. Advent Software Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. Agilent Technologies Inc. | | None | J | | | | | | |
| 120. Alcoa, Inc. | A | Dividend | J | T | | | | | |
| 121. Allied World Assurance Co. Holdings LTD | A | Dividend | J | T | Buy | 4/13 | J | | |
| 122. | | | | | Buy | 8/09 | J | | |
| 123. Amazon Com, Inc. | | None | J | T | Sold | 7/25 | J | B | |
| 124. AMGEN Inc. | | None | J | T | Buy | 3/30 | J | | |
| 125. American Express | A | Dividend | J | T | | | | | |
| 126. American International Group, Inc. | A | Dividend | J | T | Sold | 3/13 | J | A | |
| 127. Ameriprise Financial Inc. | A | Dividend | | | | | | | |
| 128. Anadarko Petroleum Corp | A | Dividend | J | T | | | | | |
| 129. Applied Materials Inc. Delaware | A | Dividend | J | T | | | | | |
| 130. Autodesk | A | Dividend | J | T | | | | | |
| 131. Bank of America Corp | A | Dividend | J | T | | | | | |
| 132. Baker Hughes | A | Dividend | J | T | | | | | |
| 133. Bed, Bath & Beyond | | None | J | T | Buy | 9/24 | J | | |
| 134. Berkshire Hathaway Inc. Class B | | None | J | T | | | | | |
| 135. Biogen Idec Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. ( ) Boeing Co. ( ) | A | Dividend | J | T | | | | | |
| 137. ( ) Broadcom Corp CL A | | None | J | T | Buy | 11/07 | J | | |
| 138. ( ) Cablevision NY Group CLA ( ) | | None | J | T | | | | | |
| 139. ( ) Caterpillar Inc. ( | A | Dividend | J | T | | | | | |
| 140. Chevron Corp (Now | A | Dividend | J | T | Sold | 3/07 | J | A | |
| 141. ( ) Chubb Corp. | A | Dividend | J | T | | | | | |
| 142. Cisco Systems (Now | | None | J | T | Sold | 1/09 | J | | |
| 143. ( ) Citadel Broadcasting Corp ( | | None | | | Spinoff | 6/18 | J | | See Section VIII (D) |
| 144. | | | | | Cash in lieu | 6/12 | J | A | cash in lieu .65485 |
| 145. | | | | | Sold | 6/25 | J | | |
| 146. Coca-Cola Co. (Now ) | A | Dividend | J | T | Sold | 11/05 | J | B | |
| 147. Comcast Corp CLA (Now | | None | J | T | Stock Split | 2/22 | J | | stock split 2:1 on 70 sh |
| 148. Comcast Corp CLA SPL (Now ) | | None | J | T | Stock Split | 2/22 | J | | stock split 2:1 on 240 sh |
| 149. Covidien LTD ( | A | Dividend | J | | Spinoff | 7/02 | J | | See Section VIII (E) |
| 150. | | | | | Sold | 11/30 | | A | |
| 151. Cree Inc. ( | | None | J | T | | | | | |
| 152. Dell Inc. (Now ) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | ● =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. Discovery Holding Co. CL A ( ) | | None | J | T | | | | | |
| 154. Dover Corp ( ) | A | Dividend | J | T | Buy | 6/04 | J | | |
| 155. Dow Chemical ( ) | A | Dividend | J | T | | | | | |
| 156. ) Dreyfus Liquid Assets Inc. Class 2 | A | Int./Div. | J | T | | | | | See Section VIII (F) |
| 157. Ebay Inc. (Now ) | | None | J | T | Buy | 3/14 | J | | |
| 158. ) El Du Pont De Nemours & Co (Now | A | Dividend | J | T | | | | | |
| 159. ) Electronic Arts ( ) | | None | J | T | | | | | |
| 160. ) Eli lilly & Co. ( ) | A | Dividend | J | T | | | | | |
| 161. ( ) Emerson Electric Co. ( ) | A | Dividend | J | T | | | | | |
| 162. ) Expedia Inc (Now ) | | None | J | T | | | | | |
| 163. ) Exxon Mobile Corp. (Now ) | A | Dividend | J | T | Sold | 11/05 | J | | |
| 164. ( ) Forest Laboratories Inc. (Now ) | | None | J | T | Buy | 12/27 | J | | |
| 165. | | | | | Buy | 11/16 | J | | |
| 166. ) Franklin Resources Inc. ( ) | A | Dividend | J | T | | | | | |
| 167. Gap Inc. Delaware ( ) | A | Dividend | J | T | Buy | 1/25 | J | | |
| 168. Genentech Inc. ( ) | | None | J | T | | | | | |
| 169. General Electric Co. ( ) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. ( ) Genzyme Corp General Division ( ) | | None | J | T | | | | | |
| 171. ■ Glaxosmithkline PLC SP ADR ■ | A | Dividend | J | T | | | | | |
| 172. ( ) Global SanteFe Corp (Was■ | A | Dividend | J | T | Sold ■ | 3/07 | J | | |
| 173. | | | | | Merger ■ | 11/27 | J | B | See Section VIII (G) |
| 174. ( ) Grant Prideco Inc. ■ | | None | J | T | Buy ■ | 1/10 | J | | |
| 175. ( ) Home Depot Inc. (Now ■) | A | Dividend | J | T | Buy ■ | 7/25 | J | | |
| 176. ( ) Honeywell Intl, Inc (Now■ | A | Dividend | J | T | Sold■ | 4/27 | J | B | |
| 177. ( ) IDEARC Inc. (Was■ | | None | J | T | Sold■ | 1/10 | J | | |
| 178. ( ) Imclone Sys Inc■ | | None | J | T | | | | | |
| 179. ■ Intel Corp (■) | A | Dividend | J | T | | | | | |
| 180. (■ IAC Interactive Corp ■) | | None | J | T | | | | | |
| 181. ■) International Business Machines Corp (■ | A | Dividend | J | T | | | | | |
| 182. ■) Interpublic Group of Cos Inc. ■) | | None | J | T | | | | | |
| 183. ■) JP Morgan Chase & Co. ■ | A | Dividend | J | T | | | | | |
| 184. ■) Johnson & Johnson ■) | A | Dividend | J | T | | | | | |
| 185. ■) Kimberly Clark Corp (Now■ | A | Dividend | J | T | Buy ■ | 3/13 | J | | |
| 186. | | | | | Buy ■ | 4/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. ( ) Kraft Foods Inc. Class A ( ) | A | Dividend | J | T | Buy | 12/31 | J | | |
| 188. ( ) L3 Communication Holdings Inc. ( ) | A | Dividend | J | T | | | | | |
| 189. ( ) Lehman Brothers Holdings Inc. (Now | A | Dividend | J | T | Buy | 11/02 | J | | |
| 190. ( ) Liberty Global Inc.Class A ( ) | | None | J | T | | | | | See VIII (T) |
| 191. ( ) Liberty Global Inc. Ser C ( ) | | None | J | T | | | | | |
| 192. ( ) Liberty Media HLDG Corp Interactive SER A ( ) | | None | J | T | | | | | |
| 193. ( ) Liberty Media HLDG CAP SER A | | None | J | T | | | | | |
| 194. ( ) MGIC Invt Corp WIS (Was | A | Dividend | | | Sold | 9/17 | J | A | |
| 195. ( ) Merrill Lynch & Co. Inc. (Now | A | Dividend | J | T | | | | | |
| 196. ( ) Micron Technology ( ) | | None | J | T | | | | | |
| 197. ( ) Microsoft Corp. ( ) | A | Dividend | J | T | | | | | |
| 198. ( ) Millennium Pharmacuticals Inc. ( ) | | None | J | T | | | | | |
| 199. ( ) Motorola Inc. DE (Now ) | A | Dividend | J | T | Buy | 1/11 | J | | |
| 200. | | | | | Buy | 1/17 | J | | |
| 201. ( ) Murphy Oil Corp ( Was ) | A | Dividend | | | Sold | 3/07 | J | A | |
| 202. | | | | | Sold | 3/28 | J | A | |
| 203. | | | | | Buy | 4/02 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. ( ) Nabors Industries LTD- USD NEW (Now ) | | Dividend | J | T | Buy | 10/10 | J | | |
| 205. | | | | | Buy | 10/11 | J | | |
| 206. | | | | | Buy | 10/17 | J | | |
| 207. ( ) News Corp Class B New (Now ) | A | Dividend | J | T | Sold | 4/27 | J | A | |
| 208. ( ) Nokia Copr Sponsored ADR ( Was ) | A | Dividend | | | Sold | 1/10 | J | A | |
| 209. ( ) Novartis AG ADR ( Now ) | A | Dividend | J | T | Buy | 10/30 | J | | |
| 210. ( ) Novellus Sys Inc. (Now ) | A | Dividend | J | T | Buy | 9/14 | J | | |
| 211. ( ) Pall Corp ( ) | A | Dividend | J | T | | | | | |
| 212. ( ) Pearson PLC Sponsored ADR (Was | A | Dividend | | | Sold | 9/13 | J | | |
| 213. ( ) Pepisco Inc. (Now ) | A | Dividend | J | T | Sold | 11/05 | J | | |
| 214. ( ) Pfizer Inc ( ) | A | Dividend | J | T | | | | | |
| 215. ( ) PMI Group Inc. ( ) | A | Dividend | J | T | | | | | |
| 216. ( ) Proctor & Gamble (Now ) | A | Dividend | J | T | Sold | 3/13 | J | A | |
| 217. ( ) Raytheon Company New ( ) | A | Dividend | J | T | | | | | |
| 218. ( ) Safeway Inc. New (Was ) | A | Dividend | | | Sold | 1/12 | J | A | |
| 219. ( ) Sandisk Corp ( ) | | None | J | T | | | | | |
| 220. ( ) Schlumberger LTD (Now ) | | None | J | T | Buy | 1/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 221. | | | | | Buy | 1/17 | J | | |
| 222. | | | | | Sold | 3/07 | J | A | |
| 223. | | | | | Sold | 9/18 | J | | |
| 224. ( ) Seagate Techonology- USD ( ) | A | Dividend | J | T | Buy | 4/30 | J | | |
| 225. ( ) Simpson MFG CO INC ( ) | A | Dividend | J | T | | | | | |
| 226. ( ) State Street Corp | A | Dividend | J | T | | | | | |
| 227. ( ) Taiwan Semiconductor Mfg Co. LTD ADR (Now ) | A | Dividend | J | T | Div of I | 7/10 | J | A | See Section VIII (H) |
| 228. | | | | | Cash in lieu | | | | cash in lieu .71971 |
| 229. ( ) Texas Instruments Inc. ( ) | A | Dividend | J | T | | | | | |
| 230. ( ) Time Warner ( ) | A | Dividend | J | T | | | | | |
| 231. ( ) Transocean Inc. ( ) | A | Dividend | J | T | Merger | 11/27 | J | A | See Section VIII (G) |
| 232. | | None | J | T | Cash in Lieu | 11/29 | | | Cash in lieu .41 |
| 233. ( ) Tyco Electronics (Now ) | A | Dividend | J | T | Spinoff | | | | See Section VIII (E) |
| 234. | | | | | Buy | 11/08 | J | | |
| 235. | | | | | Buy | 11/09 | J | | |
| 236. | | | | | Buy | 11/07 | | | |
| 237. ( ) Tyco Intl Ltd New (Now ) | A | Dividend | J | T | Rev Split | 6/29 | | | See Section VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | (E) |
| 238. | | | | | Rev Splt | 6/29 | J | | |
| 239. | | | | | Buy | 11/08 | J | | |
| 240. ( ) Unilever PLC SPONS ADR New (Now | A | Dividend | J | T | Sold | 3/21 | J | A | |
| 241. | | | | | Sold | 11/14 | J | A | |
| 242. ( ) United Health Group Inc. ( ) | A | Dividend | J | T | | | | | |
| 243. ( Verigy LTD (Now | | None | J | T | | | | | |
| 244. ( Verisign Inc. (Now | | None | J | T | | | | | |
| 245. ( Verizon Communications | A | Dividend | J | T | | | | | |
| 246. ( ) Vodafone Group PLC SPONS ADR NEW ( ) | A | Interest/Div | J | T | | | | | |
| 247. ( ) Walmart Stores, Inc. | A | Dividend | J | T | | | | | |
| 248. ( ) Walt Disney Co. ( Now | A | Dividend | J | T | Sold | 6/01 | J | A | |
| 249. ( ) Weatherford International LTD New (Now (Bermuda) | | None | J | T | Sold | 4/30 | J | | |
| 250. ( Weyerhauser Co. ( | A | Dividend | J | T | | | | | |
| 251. ( Williams Cos Inc. (Now | A | Dividend | J | T | Sold | 3/07 | J | A | |
| 252. ( Williams Sonoma Inc (Was | A | Dividend | J | T | Buy | 5/01 | J | | |
| 253. | | | | | Buy | 5/04 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. | | | | | Sold | 11/13 | J | A | |
| 255. ⬛ Wyeth (Now ⬛) | A | Dividend | J | T | Buy | 9/21 | J | | |
| 256. (⬛) Wm Wrigley Jr. Co. (⬛ | A | Dividend | J | T | | | | | |
| 257. (⬛) Yahoo Inc (⬛ | | None | J | T | | | | | |
| 258. ⬛ | | | | | | | | | |
| 259. (⬛) Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 260. ⬛ Duke Energy Corp (Holding Company) NEW (⬛ | C | Dividend | L | T | | | | | |
| 261. ⬛) One Travel Holdings Inc. (Was ⬛ | | None | | | Sold | 5/31 | J | | |
| 262. (⬛ SCBT Financial Corp Dividends (Now | B | Dividend | J | T | Div of⬛ | 3/07 | J | | See Section VIII (I) |
| 263. | | | | | Cash in lieu | 4/10 | J | | cash in lieu .46176 |
| 264. ⬛ Spectra Energy (Now⬛0) | B | Dividend | K | T | Spinoff⬛ | 1/03 | | | See Section VIII (J) |
| 265. ACCOUNT⬛ (IRA)⬛ | | | | | | | | | |
| 266. ⬛) American Capitol Income Builder | B | Dividend | K | T | | | | | |
| 267. (⬛) American Capitol World Growth & Inc. ⬛ | A | Dividend | K | T | | | | | |
| 268. (⬛) American Investment Co of America CLA⬛ | A | Dividend | K | T | | | | | |
| 269. ⬛) American Mutual Fund Class A | A | Dividend | K | T | | | | | |
| 270. ⬛ American New Perspective Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | Q =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ⬛) | | | | | | | | | |
| 271. ⬛ Birmingham Steel ⬛ | | None | * | T | | | | | See Section VIII (K) |
| 272. (⬛ IDEARC Inc (Was ⬛ | | None | | | Sold ⬛ | 1/31 | J | | |
| 273. ⬛) Revlon Consumer Prod Corp 8.625 (Now ⬛) | A | Interest | J | T | Part Call ⬛ | 2/22 | J | | |
| 274. (⬛) Prime Fund Cap Reserves Class | A | Div/Interest | J | T | | | | | |
| 275. (⬛) Verizon Communications ⬛ | A | Dividend | J | T | | | | | |
| 276. (⬛) Vodafone Group PLC SPONS ADR NEW (Now ⬛ | A | Dividend | J | T | | | | | |
| 277. ACCOUNT ⬛ | | | | | | | | | See Section VIII ( L ) |
| 278. ⬛ AMCAP Fund Class A ⬛ | A | Dividend | K | T | | | | | |
| 279. ⬛ Investment Company of America Fd Class A ⬛ | A | Dividend | K | T | | | | | |
| 280. ⬛ New Perspective Fund Class A ⬛) | A | Dividend | J | T | | . | | | |
| 281. ⬛ Smallcap World Fund Class A | A | Dividend | M | T | | | | | |
| 282. ⬛ Citibank NA Bank Depsoit Program | A | Interest | J | T | | | | | |
| 283. (⬛ One Travel Holdings Inc. | | None | J | T | Buy ⬛ | 5/31 | J | | |
| 284. ACCOUNT - ⬛ | | | | | | | | | |
| 285. ⬛ AMCAP Fund Class A ⬛ | A | Div/Reinvst | K | T | | | | | |
| 286. (⬛ Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 287. ▨Investment Company of America Fd Class A ▨ | A | Div/Reinvst | K | T | | | | | |
| 288. ▨New Perspective Fund Class A ) | A | Interest | J | T | | | | | |
| 289. ▨Smallcap World Fund Class A | A | Div/Reinvst | K | T | | | | | |
| 290. ▨ South Carolina Bank & Trust Savings | A | Interest | J | T | | | | | |
| 291. ▨One Travel Holdings Inc. | | None | J | T | Buy ▨ | 6/2 | J | | |
| 292. ACCOUNT - ▨ | | | | | | | | | |
| 293. ▨Capitol World Growth And Income Fund-A | B | None | J | T | | | | | |
| 294. ▨The Growth Fund of America-A | B | Interest | K | T | | | | | |
| 295. ▨The Investment Company of America-A | B | Interest | K | T | | | | | |
| 296. ▨New Perspective Fund - A | B | Interest | K | T | | | | | |
| 297. ACCOUNT -▨ | | | | | | | | | |
| 298. ▨Capitol World Growth and Income Fund -A | A | Interest | J | T | | | | | |
| 299. ▨The Growth Fund of America -A | A | Interest | J | T | | | | | |
| 300. ▨The Investment Company of America -A | A | Interest | K | T | | | | | |
| 301. ▨New Perspective Fund-A | A | Interest | J | T | | | | | |
| 302. ACCOUNT - ▨REAL PROPERTY) | | | | | | | | | |
| 303. ▨House, Richland County, SC | | None | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 304. ACCOUNT - ▇ | | | | | | | | | See Section VIII (M) |
| 305. ▇ Capitol World Growth And Income Fund-A | B | None | K | T | | | | | |
| 306. ▇ The Growth Fund of America-A | B | Interest | K | T | | | | | |
| 307. ▇ The Investment Company of America-A | B | Interest | K | T | | | | | |
| 308. ▇ New Perspective Fund - A | B | Interest | K | T | | | | | |
| 309. ACCOUNT - ▇ ROTH) | | | | | | | | | See Section VIII (M) |
| 310. ▇) Capitol World Growth and Income Fund -A | A | Interest | J | T | | | | | |
| 311. ▇ The Growth Fund of America -A | A | Interest | J | T | | | | | |
| 312. ▇) The Investment Company of America -A | A | Interest | J | T | | | | | |
| 313. ▇ New Perspective Fund-A | A | Interest | J | T | | | | | |
| 314. ACCOUNT ▇ SSN American) | | | | | | | | | |
| 315. ▇ CB&T Cust Simple IRA American Funds | D | Dividends | M | T | | | | | |
| 316. ACCOUNT ▇ NFS-118) | | | | | | | | | |
| 317. ▇ Abbott Laboratories ▇ | B | Dividend | L | T | | | | | |
| 318. ▇ American Express Co. ▇ | B | Dividend | L | T | | | | | |
| 319. ▇ American Home Investments (Was | | None | | | Buy 925 | 5/31 | K | | |
| 320. | | | | | Sold 925 | 8/03 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 321. Arthur J. Gallagher & Co. | C | Dividend | L | T | | | | | |
| 322. Astrazeneca PLC Spon ADR | A | Dividend | K | T | | | | | |
| 323. Automatic Data Processing Inc | B | Dividend | L | T | | | | | |
| 324. Bank of America Corp. | B | Dividend | L | T | | | | | |
| 325. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 326. Broadridge Finacial Solution LLC (Was | | None | | | Spinoff | 4/02 | J | A | See Section VIII (N) |
| 327. | | | | | Sold | 5/24 | J | B | |
| 328. Cendent Corp | A | Dividend | | T | | | | | |
| 329. Chespeake Energy Corp. | A | Dividend | K | T | Buy | 2/23 | K | | |
| 330. Chevron Corp New ( | B | Dividend | L | T | | | | | |
| 331. Cisco Sys Inc | | None | L | T | | | | | |
| 332. Cit Group New Com ( | A | Dividend | K | T | | | | | |
| 333. Citigroup Inc. | C | Dividend | K | T | | | | | |
| 334. Conocophillips | B | Dividend | L | T | | | | | |
| 335. xxon Mobil Corp | B | Dividend | M | T | | | | | |
| 336. Franklin Res Inc (Now | A | Dividend | L | T | | | | | |
| 337. ome Depot | A | Dividend | K | T | Buy | 2/23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 338. Johnson & Johnson ( | B | Dividend | M | T | | | | | |
| 339. Liberty Media Corp New Com Ser A | | None | K | T | | | | | See VIII (T) |
| 340. Liberty Media Hldg Corp Interactive ComSer A | | None | J | T | | | | | |
| 341. Liberty Media Hldg Corp Com ( | | None | J | T | | | | | |
| 342. Landstar Systems Inc (Now | A | Dividend | L | T | Buy | 2/23 | K | | |
| 343. Lilly Eli & Co. ( | B | Dividend | K | T | | | | | |
| 344. Moodys Corp ( | A | Dividend | L | T | | | | | |
| 345. Moody's AAA/ S&P AAA ( | A | Interest | | | | 1/1 | | | |
| 346. Novo Nordisk A/S ADR (Now | B | Dividend | M | T | Buy | 2/23 | K | | |
| 347. Plum Creek Timber Co. Inc. | B | Dividend | K | T | | | | | |
| 348. Proctor & Gamble Co. | A | Dividend | L | T | | | | | |
| 349. Prudential Fin Inc. ( | A | Dividend | L | T | | | | | |
| 350. Sara Lee Corp (Was | A | Dividend | | | Sold | 2/20 | K | | |
| 351. SCBT Financial Corp (Now | B | Dividend | L | T | Buy | 11/06 | K | | |
| 352. | | | | | Buy | 12/17 | K | | |
| 353. | | | | | Buy | 12/19 | K | | |
| 354. SLM Corp Com | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 355. ███Sprint Nextel (Was ███ | A | Dividend | | | Sold███ | 5/24 | L | A | |
| 356. ███State Street Corp (███ | A | Dividend | L | T | | | | | |
| 357. ███T Rowe Price Group Inc.███ | B | Dividend | M | T | | | | | |
| 358. ███Thornburg Mortgage Inc. | B | Dividend | J | T | Buy███ | 5/31 | K | | |
| 359. ███Treas Fund - Cap Reserves | B | Dividend | L | T | | | | | |
| 360. ███Universal Health Rlty Income TR SBI | B | Dividend | K | T | | | | | |
| 361. ███Vodafone Group PLC ADR NEW ( | B | Dividend | L | T | | | | | |
| 362. ███York County Sch Dist No. 4 ███5.7 | B | Interest | K | T | | | | | |
| 363. ACCOUNT███████ | | | | | | | | | |
| 364. ███Abbott Laboratories (███ | A | Dividend | J | T | | | | | |
| 365. ███Advent Software Inc.███ | | None | J | T | | | | | |
| 366. ███Agilent Technologies Inc. (Was███ | | None | | | Sold███ | 12/26 | J | C | |
| 367. ███Alcoa Inc. (███ | A | Dividend | K | T | | | | | |
| 368. ███Allied World Assurance Co. Holdings LTD (N███ | A | Dividend | J | T | Buy███ | 4/13 | J | | |
| 369. | | | | | Buy███ | 8/09 | J | | |
| 370. ███Amazon Com Inc. (Now███ | | None | K | T | Sold███ | 7/25 | J | B | |
| 371. ███American Express Co. ███ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 372. American Intl Group Inc. (Now | A | Dividend | K | T | Sold | 3/13 | J | A | |
| 373. Amgen (Now | | None | K | T | Buy | 3/30 | J | | |
| 374. Anadarko Petroleum Corp | A | Dividend | K | T | | | | | |
| 375. Applied Materials Inc. Delaware (Now | A | Dividend | J | T | Buy | 3/12 | J | | |
| 376. | | | | | Buy | 4/23 | J | | |
| 377. Autodesk Inc. | | None | J | T | | | | | |
| 378. Baker Hughes (Now | A | Dividend | J | T | Sold | 3/06 | J | A | |
| 379. Bank of America Corp (Now | A | Dividend | J | T | Buy | 3/06 | J | | |
| 380. | | | | | Buy | 9/14 | J | | |
| 381. Bed, Bath & Beyond (Now | | None | J | T | Buy | 6/25 | J | | |
| 382. Berkshire Hathaway Inc. Class B (1) | | None | J | T | | | | | |
| 383. Biogen Idec Inc. | | None | K | T | | | J | | |
| 384. B.J. Services Co. (Now | A | Dividend | J | T | Buy | 1/18 | J | | |
| 385. | | | | | Sold | 3/07 | J | | |
| 386. Boeing Co. | A | Dividend | J | T | | | | | |
| 387. Broadcom Corp CLA (Now | | None | J | T | Buy | 11/07 | J | | |
| 388. Cablevision NY group CLA ( | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 389. Caterpillar Inc. (Now | A | Dividend | J | T | Sold | 9/5 | J | B | |
| 390. Charming Shoppes Inc | | None | J | T | | | | | |
| 391. Chevron Corp | A | Dividend | J | T | | | | | |
| 392. Chubb Corp. (Now | A | Dividend | J | T | Buy | 8/22 | J | | |
| 393. Citadel Broadcasting Corp (Was | | None | | | Spinoff | 6/18 | J | A | See Section VIII (O) |
| 394. | | | | | Cash in lieu | 6/21 | J | | |
| 395. | | | | | Sold | 6/25 | J | A | |
| 396. Cisco Sys Inc (Now | | None | K | T | Sold | 1/09 | J | A | |
| 397. | | | | | Sold | 2/22 | J | A | |
| 398. Coca Cola Co. (Now | A | Dividend | K | T | Sold | 11/05 | J | A | |
| 399. Comcast Corp CL A SPL (Now | | None | K | T | Sold | 1/24 | J | A | |
| 400. | | | | | Stock split | 2/22 | | | See Section VIII (P) |
| 401. Covidien LTD (Now | A | Dividend | J | T | Spinoff | 7/01 | J | A | See Section VIII (Q) |
| 402. | | | | | Cash in lieu | 7/11 | J | A | |
| 403. Cree Inc. | | None | J | T | | | | | |
| 404. Dell Inc. | | None | J | T | | | | | |
| 405. Discovery Holding Co. CL. A | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 406. Walt Disney Co. ( | A | Dividend | K | T | | | | | |
| 407. Dover Corp (Now | A | Dividend | J | T | Buy | 6/01 | J | | |
| 408. | | | | | Buy | 8/09 | J | | |
| 409. Dow Chemical Co. | A | Dividend | J | T | | | | | |
| 410. Ebay Inc. (Now | | None | J | T | Buy | 3/13 | J | | |
| 411. El Du Pont De Nemours & Co. | A | Dividend | J | T | | | | | |
| 412. Electronic Arts ( | | None | J | T | | | | | |
| 413. Eli Lilly & Co ( | A | Dividend | J | T | | | | | |
| 414. Emerson Electric Co. ( | A | Dividend | K | T | | | | | |
| 415. Expedia Inc. | | None | J | T | | | | | |
| 416. Exxon Mobile Corp. | A | Dividend | K | T | | | | | |
| 417. Forest Laboratories Inc. (Now | | None | J | T | Buy | 9/06 | J | | |
| 418. | | | | | Buy | 12/27 | J | | |
| 419. Franklin Resources Inc. | A | Dividend | J | T | | | | | |
| 420. Gap Inc Delaware (Now | A | Dividend | J | T | Buy | 1/05 | J | | |
| 421. General Electric Co. (Now | A | Dividend | K | T | Buy | 1/08 | J | | |
| 422. | | | | | Buy | 3/06 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 423. Genetech Inc. ( | | None | J | T | | | | | |
| 424. Genzyme Corp General Division ( | | None | K | T | | | | | |
| 425. Glaxosmithkline PLC SP ADR ( | A | Dividend | J | T | | | | | |
| 426. Global Santafe Corp. ( | A | Dividend | | T | Merger | 11/27 | J | A | See Section VIII (R) |
| 427. Grant Prideco Inc. | | None | J | T | | | | | |
| 428. Home Depot Inc. | A | Dividend | K | T | | | | | |
| 429. Honeywell Intl Inc. (Now | A | Dividend | K | T | Sold | 4/27 | J | A | |
| 430. IAC Interactive Corp New (Now | | None | J | T | Buy | 7/26 | J | | |
| 431. IDEARC Inc. (Was | | None | | | Sold | 1/10 | J | A | |
| 432. Imclone Sys Inc. ( | | None | J | T | | | | | |
| 433. Intel Corp. (Now | A | Dividend | K | T | Buy | 3/27 | J | | |
| 434. International Business Machines Corp | A | Dividend | J | T | | | | | |
| 435. Interpublic group of Cos Inc. ( | | None | J | T | | | | | |
| 436. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 437. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 438. Kimberly Clark Corp (Now | A | Dividend | J | T | Buy | 3/13 | J | | |
| 439. | | | | | Buy | 3/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | ●=Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 440. | | | | | Buy | 4/13 | J | | |
| 441. Kraft Foods Inc Class A (Now | A | Dividend | J | T | Buy | 11/19 | J | | |
| 442. | | | | | Buy | 11/20 | J | | |
| 443. | | | | | Buy | 12/31 | J | | |
| 444. L 3 Communications Hldgs Inc ( ) | A | Dividend | J | T | | | | | |
| 445. Lehman Brothers Holdings Inc. (Now | A | Dividend | K | T | Buy | 11/02 | J | | |
| 446. Liberty Global Inc. Ser C ( ) | | None | J | T | | | | | See VIII (T) |
| 447. Liberty Media Holding Corp Cap Series A | | None | J | T | | | | | |
| 448. Liberty Media HLDG Corp A Interactive | | None | J | T | Buy | 5/31 | J | | |
| 449. Liberty Global Intl Inc. Class A (Now | | None | J | T | Buy | 5/31 | J | | |
| 450. Merrill Lynch & Co. ( ) | A | Dividend | K | T | | | | | |
| 451. Micron Technology, Inc. (Now ) | | None | K | T | Buy | 5/31 | J | | |
| 452. Microsoft Corp ( | A | Dividend | K | T | | | | | |
| 453. Millennium Pharmaceuticals Inc. (Now | | None | J | T | Buy | 5/31 | J | | |
| 454. MGIC Invt Corp Wis (Was | A | Dividend | | T | Sold | 9/17 | J | A | |
| 455. Molson Coors Brewing Co CL B (Was | A | Dividend | | T | Sold | 1/12 | J | A | |
| 456. Motorola Inc. DE (Now | A | Dividend | J | T | Buy | 1/08 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 457. | | | | | Buy | 1/09 | J | | |
| 458. | | | | | Buy | 1/17 | J | | |
| 459. Murphy Oil Corp (Was | A | Dividend | | | Sold | 3/07 | J | A | |
| 460. | | | | | Sold | 3/28 | J | B | |
| 461. Nabors Industries LTD-USD NEW (Now | A | Dividend | | T | Buy | 10/10 | J | | |
| 462. | | | | | Buy | 10/11 | J | | |
| 463. | | | | | Buy | 10/17 | J | | |
| 464. News Corp Class B New (Now | A | Dividend | J | T | Sold | 4/27 | J | A | |
| 465. | | | | | Sold | 4/30 | J | A | |
| 466. Nokia Corp Sponsored ADR (Was | A | Dividend | | | Sold | 1/10 | J | A | |
| 467. Novartis AG ADR (Now | A | Dividend | J | T | Buy | 10/30 | J | | |
| 468. Novellus Sys Inc. (Now | A | Dividend | J | T | Buy | 8/29 | J | | |
| 469. PMI Group Inc. (Was | A | Dividend | J | T | Sold | 11/15 | J | | |
| 470. Pall Corp ( | A | Dividend | J | T | | | | | |
| 471. Pearson PLC Sponsored ADR (Was | A | Dividend | | | Sold | 9/13 | J | A | |
| 472. PepsiCo Inc. (Now | A | Dividend | J | T | Sold | 11/05 | J | A | |
| 473. Pfizer Inc | A | Dividend | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000
(See Column C2)   Q =Appraisal   V =Other   S =Assessment   T =Cash Market
  U =Book Value   W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 474. Proctor & Gamble Co (Now ◼) | A | Dividend | J | T | Sold | 3/13 | J | B | |
| 475. Raytheon Company New ◼ | A | Dividend | J | T | | | | | |
| 476. Safeway Inc. New (Was ◼) | A | Dividend | | | Sold | 1/17 | J | B | |
| 477. Sandisk Corp. ◼ | | None | J | T | | | | | |
| 478. Schlumberger LTD (Now ◼) | A | Dividend | J | T | Buy | 1/12 | | | |
| 479. | | | | | Buy | 1/16 | | | |
| 480. | | | | | Sold | 3/07 | J | | |
| 481. | | | | | Sold | 9/18 | J | | |
| 482. Seagate Technologies (Now ◼) | A | Dividend | J | T | Buy | 3/01 | J | | |
| 483. | | | | | Buy | 5/08 | J | | |
| 484. Simpson Mfg Co Inc. ◼ | A | Dividend | J | T | | | | | |
| 485. State Street Corp (Now ◼) | A | Dividend | K | T | Buy | 2/05 | J | | |
| 486. | | | | | Buy | 5/22 | J | | |
| 487. Taiwan Semiconducto Mfg Co. Ltd ADR ◼ | A | Dividend | J | T | Cash in Lieu | 7/13 | J | A | See Section VIII |
| 488. Texas Instruments Inc. (Now ◼) | A | Dividend | K | T | Buy | 2/26 | J | | |
| 489. | | | | | Buy | 2/26 | J | | |
| 490. Time Warner (Now ◼) | A | Dividend | K | T | Buy | 9/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 491. Transocean Inc. (Now ) | | None | J | T | Merger | 11/27 | J | A | See Section VIII (R) |
| 492. | | | | | Cash in lieu | 11/29 | | | |
| 493. Tyco Electronics LTD (Now ) | A | Dividend | J | T | Spinoff | 7/02 | J | A | See Section VIII (Q) |
| 494. | | | | | Cash in lieu | 7/11 | | | |
| 495. | | | | | Buy | 11/08 | J | | |
| 496. | | | | | Buy | 11/09 | J | | |
| 497. Tyco Intl LTD New (Now ) | A | Dividend | K | T | Cash in lieu | 6/29 | | A | See Section VIII (Q) |
| 498. | | | | | RevSplit | 6/29 | J | | |
| 499. | | | | | Buy | 7/18 | J | | |
| 500. Unilever PLC SPONS ADR New (Now ) | A | Dividend | J | T | Sold | 3/21 | J | B | |
| 501. | | | | | Sold | 11/14 | J | A | |
| 502. United Health Group Inc. (Now ) | A | Dividend | K | T | Buy | 5/31 | J | | |
| 503. Verigy LTD ( ) | | None | J | T | | | | | |
| 504. Verisign Inc. (Was ) | | None | | | Sold | 12/27 | J | C | |
| 505. Verizon Communications ( ) | A | Dividend | J | T | | | | | |
| 506. Vodafone Group PLC Spons ADR | A | Dividend | K | T | | | | | ** |
| 507. Wal-mart Stores Inc. ( ) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| 3. Value Method Codes (See Column C2) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 508. Weatherford Intl Ltd New (Bermuda) | | None | K | T | | | | | |
| 509. Western Asset Money Market Fund Class A | B | Interest | K | T | | | | | |
| 510. Weyerhaueser Co. | A | Dividend | J | T | | | | | |
| 511. Williams Cos Inc. (Now | A | Dividend | J | T | Sold | 3/07 | J | A | |
| 512. Williams Sonoma Inc. (Was | A | Dividend | | | Buy | 5/01 | J | | |
| 513. | | | | | Sold | 11/13 | J | B | |
| 514. Wm Wrigley Jr. Co. (Now | A | Dividend | J | T | Buy | 11/07 | J | | |
| 515. Wyeth (Now | A | Dividend | J | T | Buy | 9/21 | J | | |
| 516. SB Money Funds Port CL A | B | Interest | K | T | | | | | |
| 517. Yahoo Inc. (Now | | None | K | T | Buy | 7/25 | J | | |
| 518. ACCOUNT | | | | | | | | | |
| 519. SC Future Scholar 529 Plan (C) | | None | | | | | | | Account Closed 8/10/06 |
| 520. SC Future Scholar 529 Plan (D) | A | Interest | K | T | | | | | |
| 521. SC Future Scholar 529 Plan (MC) | C | Interest | K | T | | | | | |
| 522. SC Future Scholar 529 Plan (ML) | C | Interest | K | T | | | | | |
| 523. SC Future Scholar 529 Plan (WA) | B | Interest | K | T | Invest | 1/10 | J | | |
| 524. SC Future Scholar 529 Plan (MA) | B | Interest | K | T | Open | 1/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(A) (VII- 42) Some portions of ▇▇▇ of farmland benefit from U.S. Department of Agriculture payments for Direct and Counter Cyclical Payments of $12,359 and CRP payments of $13,130.

(B)(VII-51) Broadridge Financial Solutions LLC is a spinoff of Auto Data Processing Inc. on 4/02 ▇▇ spun off ▇▇ s).

(C) (VII- 80) Spectra Energy is a spinoff of Duke Energy on 1/03.

(D) (VII-143) Citadel Broadcasting Corp. was a spinoff of Walt Disney Co. on 6/18. ▇ shares of Citadel Broadcasting Corp. spunoff ▇ f Walt Disney Co.

(E) (VII-149, 233, 237) Tyco Intl. Ltd. New had a reverse split of ▇ shares to ▇ shares on 6/29. It spunoff ▇ hares of Tyco Electronics LTD on 7/02. It also spunoff ▇ shares of Covidien Ltd on 7/02 .

(F) (VII- 156) Dreyfus Liquid Assets Inc. is a money market fund to hold cash for short term holdings with interest in periodic automatic investments and redemptions in many funds.

(G) (VII-173, 231) Gobal Sante Fe Corp merged with Transocean Inc. on 11/27 ▇ shares of Global Sante Fe Corp merged into ▇ shares of Transocean Inc. with cash in lieu of ▇ Therefore these assets will be listed as "Transocean Inc." on the 2008 Report.

(H) (VII-227) Taiwan Semiconductor Mfg. Co. LTD ADR issued a dividend of ▇ share on ▇ shares on 7/10 with cash in lieu of ▇▇

(I) (VII-262) SCBT Financial Corp Dividends B, A dividend of ▇ shares was given on 3/07.

(J) (VII-264) Spectra Energy is a spinoff of Duke on 1/03.

(K) (VII- 271) Birmingham Steel. The report for this asset stated that the gross value , C(1), was "unavailable".

( L ) (VII- 277) This account was listed on my 2005 Report. However in on my 2006 Report I did not list it since the assets int his account were held for an emancipated ▇▇ I have since learned that even though the ▇▇ s emancipated, becuase ▇▇▇ still has control over the account I must report it. I have submitted an letter amending my 2006 Report to this effect.

(M) (VII-304, 309) These two accounts are held for an emancipated ▇ and were also not reported on my 2006 Report. They are also included in the amending letter to my 2006 Report referenced above in VIII (L).

(N) (VII-326) Broadridge Financial Solutions LLC is a spinoff of Auto Data Processing Inc. On 4/02 ▇ shares spun off ▇ shares.)

(O) (VII-392) Citadel Broadcasting Corp. was a spinoff of Walt Disney Co. On 6/18. ▇ shares of Citadel Broadcasting Corp. spunoff ▇ of Walt Disney Co.

(P) (VII- 400) Comcast Corp CL A SPL had a 1:2 stock split on 2/22 ▇ on ▇ shares).

(Q) (VII- 401, 493, 497) Tyco Intl. Ltd. New had a reverse split of ▇ to ▇ shares on 6/29. It spunoff ▇ shares of Tyco Electronics LTD on 7/02. It also spunoff ▇ shares of Covidien Ltd on 7/01 .

(R) (VII-426, 491) Gobal Sante Fe Corp merged Transocean Inc. on 11/27. ▇ shares of Global Sante Fe Corp merged into ▇ shares of Transocean Inc. Therefore these assets will be listed as "Transocean Inc." on the 2008 Report.

(S) (VII-487) Taiwan Semiconductor Mfg. Co. LTD ADR issued a dividend shares on ▇ shares on 7/10 with cash in lieu of ▇ l recorded on 6/12/07 paid on 7/10/07.

(T) (VII- 190-193, 339-341, & 466-449) The Liberty Media Family of investments includes Liberty Global Inc. Class A, Liberty Global Inc. Ser C, Liberty Media Corp A., Liberty Media HLDG Corp Interactive Ser A, Liberty Media HLDG CAP SER A, Liberty Global Inc. Com Ser A., Liberty Media Com Ser C to name a few. The names alone are confusing. Liberty Media uses a unique investment strategy of "tracking stocks" which makes it very difficult to follow the investment trades throughout the year. Our stock brokers have had difficulty explaining these stocks and our accountant has also found it confusing. To the best of my ability, I have listed everything I know about the investment ▇▇ holds in these entiies. The descriptions, income, values, and trades listed on these lines reflect the information as best I could glean from the resources available to me.

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 7/17/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date July 17, 2008

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544